SUZANNE M. HANKINS (State Bar No. 157837)
smh@severson.com
JARLATH M. CURRAN, II (State Bar No. 239352)
jmc@severson.com
ANDREW L. MINEGAR (State Bar No. 280330)
alm@severson.com
SEVERSON & WERSON, A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A. dba
AMERICA'S SERVICING COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| RAFFI TOROSSIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. dba AMERICA'S SERVICING COMPANY; SPECIALIZED LOAN SERVICING LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02163 RGK (PJWx)<br>Hon. R. Gary Klausner<br>Ctrm. 850 – Temple St.<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL**<br><br>Action Filed: January 13, 2017<br>Removal Date: March 20, 2017<br>Trial Date: None Set |

55000.2074/10818159.1

[PROPOSED] JUDGMENT OF DISMISSAL

1     GOOD CAUSE APPEARING THEREFORE,

2     IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Wells Fargo Bank, N.A. dba America's Servicing Company ("Wells Fargo") shall have a judgment of dismissal entered in its favor and against Plaintiff. Plaintiff's entire action is dismissed with prejudice as to Wells Fargo. Plaintiff shall take nothing against Wells Fargo.

DATED: July 07, 2017

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE
*Torossian v. Wells Fargo Bank, N.A., et al.*
**USDC Case No. 2:17-cv-02163 RGK (PJWx)**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On July 6, 2017, I served true copies of the following document(s):

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 6, 2017, at Irvine, California.

_____
Stephanie A. Crisp

55000.2074/10818159.1

[PROPOSED] JUDGMENT OF DISMISSAL

# SERVICE LIST
*Torossian v. Wells Fargo Bank, N.A., et al.*
**USDC Case No. 2:17-cv-02163 RGK (PJWx)**

| | |
|---|---|
| Patricia Rodriguez, Esq.<br>RODRIGUEZ LAW GROUP, INC.<br>1492 W. Colorado Blvd., Suite 120<br>Pasadena, CA 91105 | Attorneys for Plaintiff<br>RAFFI TOROSSIAN<br><br>Telephone: (626) 888-5206<br>Facsimile: (626) 282-0522<br>prod@attorneyprod.com |
| Timothy M. Ryan, Esq.<br>Michael W. Stoltzman, Jr., Esq.<br>THE RYAN FIRM<br>A Professional Corporation<br>30 Corporate Park, Suite 310<br>Irvine, CA 92606 | Attorneys for Defendant<br>SPECIALIZED LOAN SERVICING LLC<br><br>Telephone: (949) 263-1800<br>Facsimile: (949) 872-2211<br>tryan@theryanfirm.com<br>mstoltzman@theryanfirm.com |

55000.2074/10818159.1

[PROPOSED] JUDGMENT OF DISMISSAL