Timothy M. Ryan, Bar No. 178059
Michael W. Stoltzman, Jr., Bar No. 263423
THE RYAN FIRM
A Professional Corporation
30 Corporate Park, Suite 310
Irvine, CA 92606
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Specialized Loan Servicing LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RAFFI TOROSSIAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. dba AMERICA'S SERVICING COMPANY; SPECIALIZED LOAN SERVICING LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:17−cv−2163 RGK (PJWx)<br>Superior Court Case No. BC647033<br>Date Action Filed: January 13, 2017<br><br>**[~~PROPOSED~~] JUDGMENT OF DISMISSAL**<br><br>Trial Date: None set. |

1

The Court, having granted the motion by defendant Specialized Loan Servicing LLC ("SLS" or "Defendant") to dismiss the First Amended Complaint ("FAC") filed by plaintiff Raffi Torossian ("Plaintiff") on or about June 28, 2017,

**IT IS HEREBY ORDERED** that this case is dismissed *with prejudice* as to Defendant SLS, who is deemed to be the "prevailing party" in this action. Plaintiff shall take nothing by virtue of this action with respect to Defendant SLS.

DATED: July 12, 2017

*[signature: Gary Klausner]*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE